UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-532-RJC-DSC

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ANA RUTH ROMENSKI, Individually** )<br>**and d/b/a/ LAS AQUILAS; and SACHA,** )<br>**LLC, a business entity d/b/a LAS** )<br>**AQUILAS,** )<br>)<br>**Defendants.** ) | **ORDER** |

**THIS MATTER** comes before the Court on its own motion following the Clerk's entry of default on January 9, 2012. (Doc. No. 7). Plaintiff J&J Sports Productions, Inc. ("Plaintiff") moved for entry of this default on January 6, 2012, (Doc. No. 6), but did not move for default judgment following the Clerk's entry. On January 26, 2012, the Court reminded Plaintiff that it needed to separately move for default judgment under Federal Rule of Civil Procedure 55(b). Plaintiff did not respond.

The Court orders Plaintiff to file a motion for default judgment within fourteen (14) days of the date of this Order. See Kashaka v. Baltimore Cnty., 450 F. Supp. 2d 610, 614 n.3 (D. Md. 2006). Should Plaintiff fail to obey this Order, the Court will set aside the entry of default and dismiss Plaintiff's claims against the defendants. See id.; FED. R. CIV. P. 16(f); 41(b).

**IT IS, THEREFORE, ORDERED** that Plaintiff must file a motion for default judgment within fourteen (14) days of the date of this Order.

Signed: February 1, 2012

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge