# United States District Court
# For The Western District of North Carolina
# Charlotte Division

J&J Sports Productions, Inc ,

    Plaintiff(s),

vs.

Ana Ruth Romenski, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv532

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2012 Order.

Signed: February 29, 2012

Frank G. Johns, Clerk
United States District Court